## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TIMOTHY PRICE,**

**Plaintiff,**

**v.**

**MINNESOTA LIFE INSURANCE CO.**
**and SHERWIN-WILLIAMS CO.,**

**Defendants.**                                    **No. 06-CV-1040-DRH**

_____

## ORDER

**HERNDON, District Judge:**

   This matter comes before the Court on Defendant Minnesota Life Insurance's motion for an extension of time file answer. (Doc. 15.)  The motion is unopposed.  For good cause shown, Defendant's motion is **GRANTED**.  Defendant Minnesota Life Insurance shall file a response to Plaintiff's Amended Complaint on or before May 4, 2007.

   **IT IS SO ORDERED.**

   Signed this 9th day of April, 2007.


         /s/   David  RHerndon
         **United States District Judge**