IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY PRICE,

**Plaintiff,**

v.

**MINNESOTA LIFE INSURANCE CO.
and SHERWIN-WILLIAMS CO.,**

**Defendants.**                                                   **No. 06-CV-1040-DRH**

_____
**ORDER**

**HERNDON, District Judge:**

This matter comes before the Court on Plaintiff's agreed upon motion for extension of time to respond to motion to dismiss. (Doc. 21.) The motion is unopposed. Accordingly, Plaintiff's motion is **GRANTED**. Plaintiff shall file a response to Defendants' Motion to Dismiss on or before June 15, 2007.

**IT IS SO ORDERED.**

Signed this 29th day of May, 2007.

                                                        /s/         David   RHerndon
                                                        **United States District Judge**