IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY PRICE,

Plaintiff,

v.

SHERWIN-WILLIAMS COMPANY
GROUP LIFE INSURANCE PLAN,

Defendant.                                             No. 06-1040-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Stipulation of Dismissal (Doc. 75) filed by Plaintiff Timothy Price. Specifically Plaintiff Timothy Price requests that this case be dismissed with prejudice with each party to bear their own costs because the case is settled. The Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice**, with each party to bear their own costs, Plaintiff's claims against Defendant. The Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 7th day of January, 2010.

/s/  *David R Herndon*

**Chief Judge**
**United States District Court**