IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY PRICE, | ) |
| Plaintiff, | ) |
| VS. | )  NO.  06-CV-1040-DRH |
| SHERWIN-WILLIAMS COMPANY GROUP LIFE INSURANCE PLAN, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court on Stipulation for Dismissal filed by plaintiff in this case.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 7, 2010, this case is **DISMISSED**  with prejudice. Each party shall bear its own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:        /s/*Sandy Pannier*
                Deputy Clerk

Dated: January 7, 2010


APPROVED:  /s/  *David R Herndon*
            CHIEF JUDGE
            U. S. DISTRICT COURT